

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00686-CV

**IN RE** Shawn **MCMANUS**

Original Proceeding[1]

### ORDER

On October 8, 2024, relator filed a petition for writ of habeas corpus. On October 11, 2024, relator filed a motion to dismiss his petition for writ of habeas corpus because the trial court signed an order resolving the issue raised in the petition. We GRANT the motion and DISMISS the petition for writ of habeas corpus.

It is so **ORDERED** on October 23, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2019-CI-18559, styled *In the Interest of C.R.M. and E.C.M., Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.